IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRE T. WATKINS, #184 333 )<br>)<br>    Plaintiff, )<br>) | <br><br><br>CASE NO. 2:10-cv-475-ID |
| v. )<br>) | <br>(WO) |
| EASTERLING CORR. FAC., *et al.*, )<br>) | |
| Defendants. ) | |

## **O R D E R**

Currently before the Court are the Recommendation of the Magistrate Judge (Doc. #21) and the Plaintiff's Objection to the Recommendation (Doc. #33). The Court has conducted a *de novo* review of the Recommendation of the Magistrate Judge. It is CONSIDERED and ORDERED that

1. The Plaintiff's Objection (Doc. #33) to the Recommendation of the Magistrate Judge be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #21) be and the same is hereby ADOPTED, APPROVED, and AFFIRMED;

3. The claims against the Easterling Correctional Facility be and the same are hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

4. The Easterling Correctional Facility be and the same is hereby DISMISSED as a party to the complaint; and

5. This case, with respect to the remaining defendants, be and the same is hereby REFERRED back to the Magistrate Judge for additional proceedings.

Done this the 25th day of August, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE